# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SASHA RICKETSON, TINA RAMUS, ON
BEHALF OF MADISON RICKETSON AND
XANDER RAMUS, AND DANIELL BERRY
ON BEHALF OF DYLAN BERRY,
INDIVIDUALLY AND ON BEHALF OF
STEPHEN RICKETSON

NO. 2019 CW 1013

VERSUS

ANITA MCKENZIE, ROBERT D.
FRANK, ILLINOIS CENTRAL
RAILROAD COMPANY, STATE OF
LOUISIANA THROUGH DEPARTMENT OF
TRANSPORTATION AND DEVELOPMENT,
PARISH OF TANGIPAHOA, TOWN OF
AMITE CITY

CONSOLIDATED WITH

SASHA RICKETSON, TINA RAMUS, ON
BEHALF OF MADISON RICKETSON AND
XANDER RAMUS, AND DANIELL BERRY
ON BEHALF OF DYLAN BERRY,
INDIVIDUALLY AND ON BEHALF OF
STEPHEN RICKETSON

NO. 2019 CW 1015

VERSUS

ANITA MCKENZIE, ROBERT D.
FRANK, ILLINOIS CENTRAL
RAILROAD COMPANY, STATE OF
LOUISIANA THROUGH DEPARTMENT OF
TRANSPORTATION AND DEVELOPMENT,
PARISH OF TANGIPAHOA, TOWN OF
AMITE CITY

DEC 0 9 2019

---

In Re: Anita McKenzie, Robert D. Frank, Illinois Central
Railroad Company; Town of Amite City, applying for
supervisory writs, 21st Judicial District Court,
Parish of Tangipahoa, No. 2016-0001308.

---

**BEFORE: WELCH, HIGGINBOTHAM, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**JEW**
**TMH**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT